88 A.3d 933

DEBORAH CARR, PLAINTIFF–RESPONDENT, v. HARRY J. CARR, DEFENDANT–PETITIONER, AND HARRY J. CARR, THIRD–PARTY PLAINTIFF, v. RICHARD QUICK, SANDRA QUICK, HIS WIFE, JOHN RODDY, LISA RODDY, HIS WIFE, AND RUDOLPH POLAKOVIC, HELEN POLAKOVIC, HIS WIFE, THIRD–PARTY DEFENDANTS/FOURTH–PARTY PLAINTIFFS, v. DEBORAH CARR AND HARRY J. CARR, FOURTH–PARTY DEFENDANTS.

April 11, 2014.

Denied.

88 A.3d 933

IN THE MATTER OF THE CIVIL COMMITMENT OF C.H., SVP–642–12(C.H.—PETITIONER)

April 24, 2014.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of this Court's opinion in *In the Matter of Civil Commitment of R.F.*, 217 *N.J.* 152, 85 *A.*3d 979 (2014). Jurisdiction is not retained.